IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY LUMBER CO., *et al.* (CASCADE RESOURCES, INC.), | ) | |
| Plaintiffs, | ) | |
| v. | ) | Consolidated under lead case No. 435-87C (Nos. 98-88C, 159-88C, and 464-88C) (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John J. Siemietkowski as attorney of record for the United States in the following three cases, each of which is presently consolidated with *Gateway Lumber Co.*, No. 435-87C:

1) *Cascade Resources, Inc. v. United States*, No. 98-88C;

2) *Cascade Resources, Inc. v. United States*, No. 159-88C; and

3) *Cascade Resources, Inc. v. United States*, No. 464-88C.

Service of all papers by opposing parties should be addressed as follows:

JOHN J. SIEMIETKOWSKI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
(8th Floor)
Washington, D.C. 20530

s/John J. Siemietkowski
JOHN J. SIEMIETKOWSKI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W. (8th Floor)
Washington, D.C. 20530
Tele: (202) 514-3368
Fax: (202) 514-9163

Dated: August 11, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 11th day of August 2004 I caused copies of the foregoing "DEFENDANT'S NOTICE OF APPEARANCE" to be served upon the following individual by facsimile and by first-class mail:

DENNIS J. DUNPHY, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101-2393

s/John J. Siemietkowski