# In the United States Court of Federal Claims

Nos. 88-464C, 88-159C, 88-98C
Consolidated under lead case no. 87-435C
(Filed: August 10, 2005)

* * * * * * * * * * * * * * * * * * * * *
GATEWAY LUMBER CO., *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * *

ORDER

A status conference shall be held Friday, October 21, 2005, at 2:00 p.m. (Eastern). The call will originate from chambers.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge