# In the United States Court of Federal Claims

Nos. 87-435C, 88-464C, 88-159C, 88-98C
Consolidated under lead case no. 87-435C
(Filed: October 19, 2005)

* * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*,
(Cascade Resources),

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * *

ORDER

The court's order of August 10, 2005 is amended to reflect that the telephonic status conference currently scheduled for Friday, October 21, 2005, at 2:00 p.m. (Eastern) is rescheduled for Tuesday, November 1, 2005, at 2:00 p.m. (Eastern). The call will be placed from chambers and will not be recorded.

The clerk is directed to enter the appearance of Richard P. Nockett as the attorney of record for defendant in case no. 87-435C Gateway Lumber Co. The clerk is directed to enter the appearance of John J. Siemietkowski as the attorney of record for defendant in the following cases: 88-464C Cascade Resources; 88-159C Cascade Resources; and 88-98C Cascade Resources. In addition, the clerk is directed to enter the appearance of Dennis J. Dunphy as the attorney of record for plaintiffs in all the above-captioned cases (87-435C, 88-464C, 88-159C, and 88-98C). Mr. Dunphy replaced William Lenihan (same firm) as the attorney of record in December 2003, although the court's docket does not reflect a motion for substitution.

The clerk is directed to serve a copy of this order by mail on counsel for plaintiffs. Once the court's docket is corrected to reflect Dennis Dunphy as the attorney of record for plaintiffs, he will be noticed electronically on all filings.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge