# In the United States Court of Federal Claims

Nos. 87-435C, 88-464C, 88-159C, 88-98C
Consolidated under lead case no. 87-435C
(Filed: November 2, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*,
(Cascade Resources),

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held on Tuesday, November 1, 2005. As decided during the discussion, the United States shall file its motion for summary judgment in case no. 87-435C with the court on or before December 9, 2005. Upon receipt, the court will contact parties to schedule a status conference to discuss plaintiff's ability to respond to the motion and the settlement status of the remaining cases.

/s Eric G. Bruggink
ERIC G. BRUGGINK
Judge