IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY LUMBER CO., et al. (Gateway Lumber Co.), Plaintiffs, | ) | Consolidated under lead case No. 87-435C (No. 87-435C) (Judge Bruggink) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Defendant, pursuant to Rules 6(b) and 6.1, respectfully requests that the Court enlarge by fourteen days, to and including December 23, 2005, the time for filing our motion for summary judgment in Gateway Lumber Co. v. United States, No. 87-435C. Our summary judgment motion is presently due by December 9, 2005. This is our first request for an enlargement of time for this purpose. Undersigned counsel has discussed this request with plaintiffs' counsel, who consents to it.

Undersigned counsel had set aside two weeks (from November 28 though December 9) to review the Forest Service and Justice Department files and records in this case and prepare our motion and proposed findings for filing by December 9. Unfortunately, counsel was out of the office most of this week due to illness. Counsel hopes to be able to return to the office on Monday, December 5. However, counsel is required to appear for jury duty in Montgomery County Circuit Court on Thursday, December 8.[1] Under the circumstances, we need additional time in which to prepare and file our summary judgment motion and accompanying papers.

[1] Counsel received his summons for jury duty after the November 1 status conference during which the current December 9 due date was established.

Counsel presently believes that a fourteen-day extension, until December 23, 2005, will allow sufficient time to accomplish this.

For the foregoing reasons, defendant respectfully requests that its motion be granted and that the time for the filing of our summary judgment motion be enlarged by fourteen days, to and including December 23, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

s/John W. Showalter by s/Richard P. Nockett
JOHN W. SHOWALTER
Assistant Director

s/Richard P. Nockett
RICHARD P. NOCKETT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Tele: (202) 307-1134
Fax: (202) 307-0494

Attorneys for Defendant

Dated: December 2, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __2d__ day of December 2005 I caused copies of the foregoing "DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME" to be served upon the following individual by facsimile and by United States mail (first-class, postage prepaid):

DENNIS J. DUNPHY, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101-2393

s/Richard P. Nockett