# APPRAISAL SUMMARY

SALE NAME: ELDRED CREEK SUMMARY CHECKED BY: DATE: 01/22/79

\- - - - - - - - - - - - - - - - - - - - CARD TYPE 5 - - - - - - - - - - - - - - - - - - - -

SPECIFIED RD CONST (MILES) 1.1 (14-16) RECONSTRUCTION (MILES) 1.1 (17-19) PURCH CR LIM $205420. (20-26) (INC. $ 28639. P&R **)

PRODUCT: APPRAISED TO: HAUL MILES: 37 (30-32) TEMP RD CONSTR (MILES) 1 (27-29) TEMP RD COST $ 7255.

1 EVERETT WASH

4 EVERETT WASH

0

BASIC DATA PERIOD:C.Y.1977

ADJ TO (APPRAISAL BASE PERIOD): 4TH QTR 1978 ALL SPECIES

\-------------------- CARD TYPE 6 -------------------- UNIT OF MEASURE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRODUCT/UNIT | 14-15 | 1 1 | 1 1 | 1 1 | 4-1 | | 1 33 | |
| SPECIES | | D | C | H&O | PAM* | | TOTAL OR AVERAGE | |
| SPECIES CODE | 16-18 | 205 | 242 | 263 | 002 | | | |
| % BY SPECIES | | 3.57% | 23.21% | 66.07% | 7.14% | T | 100.00% | |
| VOLUME | 19-25 | 200 | 1300 | 3700 | 400 | T | 5600 | 34-40 |
| SELLING VALUE | | 476.61 | 524.28 | 276.31 | 207.84 | A | 336.14 | |
| SV ADJ SCHED 12/78 | | 1.188 | 1.000 | 1.213 | | | | |
| ADJ SELLING VALUE | | 566.21 | 524.28 | 335.16 | 207.84 | | | |
| CHIP & BYPRODUCTS | | 35.70 | 0.00 | 38.80 | 0.00 | | | |
| SELLING VALUE L.S. | 26-30 | 601.91 | 524.28 | 373.96 | 207.84 | A | 405.13 | |
| FALLING & BUCKING | | 7.80 | 7.80 | 7.80 | 2.55 | A | 7.43 | 41-44 |
| SKIDDING & LOADING | | 30.35 | 30.35 | 30.35 | 22.77 | A | 29.81 | 45-48 |
| SUBTOTAL, STUMP-TO-TRUCK | | 38.15 | 38.15 | 38.15 | 25.32 | | | |
| HAUL AND SCALE | | 13.12 | 13.12 | 13.12 | 11.79 | A | 13.03 | 49-52 |
| ROAD MAINTENANCE CO OP .13 | | 0.30 | 0.30 | 0.30 | 0.00 | A | .28 | 53-56 |
| SUBTOTAL, TRANSPORTATION | | 13.42 | 13.42 | 13.42 | 11.79 | | | |
| GENERAL LOGGING OVERHEAD & DEPREC | | 17.72 | 17.72 | 17.72 | 15.33 | A | 17.55 | 57-60 |
| (DEPRECIATION INCLUDED IN LINE 18) | | ( 8.79) | ( 8.79) | ( 8.79) | ( 7.87) | | | |
| SUBTOTAL, ADMINISTRATIVE | | 17.72 | 17.72 | 17.72 | 15.33 | | | |
| SLASH DISPOSAL (INC. 6.38 CO-OP) | | 7.63 | 7.63 | 7.63 | 0.00 | A | 7.09 | 61-64 |
| EROSION CONTROL | | 0.98 | 0.98 | 0.98 | 0.00 | A | .91 | 65-68 |
| SNAG DISPOSAL | | 0.00 | 0.00 | 0.00 | 0.00 | A | .00 | 69-72 |
| FIRE PROTECTION | | 0.28 | 0.28 | 0.28 | 0.25 | A | .28 | 73-76 |
| SUBTOTAL, ENVIRONMENTAL PROTECTION | | 8.89 | 8.89 | 8.89 | 0.25 | | | |
| TEMPORARY ROADS & OTHER TEMP DEVPMTS | | 1.40 | 1.40 | 1.40 | 0.00 | A | 1.30 | 77-80 |
| (OTHER TEMPORARY DEVELOPMENTS) | | ( 0.00) | ( 0.00) | ( 0.00) | ( 0.00) | A | ( .00) | |
| SUBTOTAL,TEMPORARY DEVELOPMENT | | 1.40 | 1.40 | 1.40 | 0.00 | | | |
| SUBTOTAL, LOGGING COSTS | 31-35 | 79.58 | 79.58 | 79.58 | 52.69 | A | 77.68 | |
| SPECIFIED ROAD COST (A10) | | 39.50 | 39.50 | 39.50 | 0.00 | A | 36.68 | |
| TOTAL LOGGING COST L.S. | | 119.08 | 119.08 | 119.08 | 52.69 | A | 114.36 | |
| MFG. COST L.S. | | 190.70 | 126.29 | 119.58 | 126.29 | A | 124.16 | |
| PRODUCT HAUL | | 0.00 | 0.00 | 0.00 | 0.00 | A | .00 | |
| MFG. COST L.S. | 36-40 | 190.70 | 126.29 | 119.58 | 126.29 | A | 124.16 | |
| TOTAL PRODUCTION COST L.S. | | 309.78 | 245.37 | 238.66 | 178.98 | A | 238.52 | |
| CONVERSION (10)-(35) | | 292.13 | 278.91 | 135.30 | 28.86 | A | 166.61 | |
| P&R RATIO % NORMAL/ADVERTISED | | 17.00 | 14.00 | 17.00 | 15.80 | N | 16.2/ADV | 16.2 ** |
| P&R MARGIN NORMAL/ADVERTISED | | 81.55 | 59.63 | 48.50 | 28.36 | N | 55.93/ADV | 55.93 ** |
| INDICATED NET STUMPAGE (36)-(38) | | 210.58 | 219.28 | 86.80 | 0.50 | A | 115.81 | |
| INDICATED ADVERTISED RATES (39)+(30) | | 250.08 | 258.78 | 126.30 | 0.50 | T | 853940.00 | |
| | | | | | | A | 152.49 | |
| BASE RATES | | 9.62 | 8.62 | 8.62 | 0.50 | A | 8.08 | |
| ADJUSTMENTS TO BASE RATES | | 0.00 | 0.00 | 0.00 | 0.00 | A | .00 | |
| ADVERTISED RATES (40)+(42) | | 250.08 | 258.78 | 126.30 | 0.50 | T | 853940.00 | |
| | | | | | | A | 152.49 | |
| INDICATED STAT NET RATES(43)-(30) | 41-45 | 210.58 | 219.28 | 86.80 | 0.50 | A | 115.81 | |
| APPRASIED NET RATES | 46-50 | 210.58 | 219.28 | 86.80 | 0.50 | A | 115.81 | |
| BASE INDICES | | 0.00 | 0.00 | 0.00 | 0.00 | | | |

PAM* ACTUALLY APPRAISED AT $ 1.83/ACRE FOR 109 ACRES.

10

USDA • FOREST SERVICE

# REPORT OF TIMBER SALE
CONVERTIBLE AND NONCONVERTIBLE PRODUCTS
(REF. FSM 2490)

REGION 06 | STATE 53 | ACRES IN SALE 138

FOREST MT Baker-Snoq. 05 | COUNTY 061 | SIZE CLASS 7

DISTRICT (OR AREA) Monte Cristo 04 | SALE NUMBER 014 | SALE NAME (19-44) ELDRED CREEK | LEGAL DISCRIPTION (56-60) S23,24T30NR9EWM

QTR.-CY (11-13) 1 - 79 (QTR. YEAR) | COMPARTMENT 4501

BID DATE MO. 03/ DAY 14/ YR. 79/ | SALVAGE N | CONT. NO. 062090

STATUS 4 | PRICING METHOD 1 | CONTRACT FORM 2400 6

SBA SET-ASIDE N | PLAN'D SAB COL $ 42,829.00 | CONTRACTING OFFICER S

APP. BASE PERIOD 4 - 7 8 | TERM. DATE 03/ 31/ 83/ | METHOD OF SALE A

ZONE 2 | CONTRACT DATE 01 /24 /80 | REG. 36CFR221 6 1

| SPECIES | SPEC. CODE 14-16 | PROD. UNIT 17-18 | VOLUME | ADVERTISED RATES $ | STAT. HIGH BID $ 19-24 | HIGH BIDDER $ 25-30 | 2ND HIGH BIDDER $ 31-36 | 3RD HIGH BIDDER $ 37-42 | 4TH HIGH BIDDER $ 43-48 | 5TH HIGH BIDDER $ 49-54 | 6TH HIGH BIDDER $ 55-60 | 7TH HIGH BIDDER $ 61-66 | 8TH HIGH BIDDER $ 67-72 | 9TH HIGH BIDDER $ 73-78 | 10TH HIGH BIDDER $ | 11TH HIGH BIDDER $ | 12TH HIGH BIDDER $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 205 | 1-1 | 200 | 250.08 | 210.58 | 250.08 | 250.08 | 250.08 | 250.08 | 250.08 | 250.08 | 250.08 | 250.08 | | | | |
| C | 242 | 1-1 | 1300 | 258.78 | 370.50 | 410.00 | 390.00 | 393.00 | 360.00 | 260.00 | 258.78 | 258.78 | 258.78 | | | | |
| H&O | 263 | 1-1 | 3700 | 126.30 | 190.50 | 230.00 | 235.00 | 188.00 | 165.25 | 127.00 | 126.30 | 126.30 | 126.30 | | | | |
| *PAM | 002 | 4-1 | 400 | .50 | .50 | .50 | .50 | .50 | .50 | .50 | .50 | .50 | .50 | | | | |
| | | | AWARD WITHHELD PENDING ROAD OPTION, FINANCIAL STATEMENT AND EEO COMPLIANCE REVIEW. | | | | | | | | | | | | | | |
| TOTAL/AVER. | | 1 | 5600 | 152.49 | 219.43 | 256.11 | | | | | | | | | | | |

SUMMARY OF BIDDERS

| RANK 14-15 | NAME 16-40 | SBA CLASS 41 | IDENTIFICATION NUMBER 42-57 | TOTAL VALUE OF BID 58-69 |
|---|---|---|---|---|
| HIGH 1 | Gateway Lumber Co. | S | | $1,434,216.00 |
| 2 | Buse Timber & Sales, Inc. | S | | $1,426,716.00 |
| 3 | Miller Shingle Co., Inc. | S | | $1,256,716.00 |
| 4 | Pugsley Cedar Prod., Inc. | S | | $1,129,641.00 |
| 5 | Roesler Ind. Dist. Co. | S | | $ 858,116.00 |
| 6 | Wm. R. Pearson Tbr., Inc. | S | | $ 853,940.00 |
| 7 | Mt. Baker Plywood | S | | $ 853,940.00 |
| 8 | Welco Lumber Co. | S | | $ 853,940.00 |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |

I certify that I have personally examined the Bids submitted for this sale and that this is an accurate record thereof.

Signature [signature]

TITLE Logging Systems Specialist | DATE 3/14/79

REMARKS

| | 1P | 2P | 3P-SP | P | 1S | 2S | 3S |
|---|---|---|---|---|---|---|---|
| D | 13 | 21 | 24 | | 9 | 27 | 6 |
| C | | | | | 26 | 40 | 34 |
| H&O | | | | 7 | 6 | 58 | 29 |

2420 2450 DJC SBA FRANZ

*PAM sold at the rate of $1.83 PER-ACRE for 109 acres. Per M figures for Statistical purposes only.

DISTRIBUTION: Orig. and 1cc to RO (orig. to WO), 1cc to RO of SBA

2400-17 (5/73)

ORIGINAL
Forest Service

| U.S. DEPARTMENT OF AGRICULTURE - FOREST SERVICE<br>**TIMBER SALE CONTRACT**<br>(Applicable to Sales to be Scaled After Felling) | | NAME OF PURCHASER<br>GATEWAY LUMBER COMPANY<br>19023 47th AV NE<br>ARLINGTON WA 98223 | | |
|---|---|---|---|---|
| NATIONAL FOREST<br>MT BAKER-SNOQUALMIE | RANGER DISTRICT<br>MONTE CRISTO | REGION<br>6 | CONTRACT NO.<br>062090 | |
| SALE NAME<br>ELDRED CREEK | | SUBREGION<br>Douglas-fir | AWARD DATE<br>11-19-79 | TERMINATION DATE<br>March 31,1983 |

The parties to this contract are The United States of America, acting through the Forest Service, United States Department of Agriculture, hereinafter called Forest Service, and Gateway Lumber Company, 19023 47th AV NE, [1] Arlington WA 98223,

a corporation organized and existing under the laws of the State of Washington, hereinafter called Purchaser.

[2] Forest Service having advertised a sale at which either (1) Purchaser, whose required bid deposit is now held by Forest Service as an initial deposit, was the successful bidder, or (2) no bids were received and Purchaser having subsequently offered at least the minimum advertised price and made an initial deposit in the same amount as the bid deposit specified in the sale advertisement; and the parties hereto desiring to record their agreement; now. therefore,

In consideration of the premises and the promises hereinafter contained, unless provided otherwise herein, Forest Service agrees to sell and permit Purchaser to cut and remove and Purchaser agrees to purchase, cut and remove Included Timber.

This contract consists of three Divisions: A - Specific Conditions, B - Standard Provisions, and C - Special Provisions, together with Sale Area Map, Drawings and specifications for developments (if any) and such attachments as may be provided for in Division C. Specific Conditions are numbered and apply to the Part, Section, Subsection, or Item of the Standard Provisions, as indicated hereunder. Other conditions of this contract are stated in Division C - Special Provisions.

IN WITNESS WHEREOF, the parties hereto have executed this contract as of the award date.

UNITED STATES OF AMERICA

By [signature] for DON R. CAMPBELL
FOREST SUPERVISOR
(Title)

Two Witnesses:[3]

(Name)

(Address)

(Name)

(Address)

GATEWAY LUMBER COMPANY
(Purchaser)[4]

By [signature]

[signature: President]
(Title)

19023 47th AV NE
(Business Address)

Arlington WA 98223

I,[5] [signature: Raymond R. Hurlbert], certify that I am the [Treasurer] Secretary of the corporation named as Purchaser herein; that [W. J. Hammer] who signed this contract on behalf of Purchaser, was then [President] of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

CORPORATE SEAL[6]

12

(OVER)
1

2400-6, Page 101 (9/73)

The following conditions apply to the indicated portions of Division B - Standard Provisions issued Sept. 1973 (Month-Year)

**A1 – Location and Area,** applicable to B1.1

This Sale Area of 138 acres more or less is located in:

Section 23, NE¼ section 24, T.30N., R.9E., W.M., surveyed, Snohomish County, Washington.

**A2 – Volume Estimate and Utilization Standards,** applicable to B2.1, B2.2, B2.4 and B6.4

| SPECIES AND PRODUCT | ESTIMATED QUANTITY AND UNIT OF MEASURE | MINIMUM TREE SPECIFICATIONS INCLUDE ONE MINIMUM PIECE | MINIMUM PIECE SPECIFICATIONS | | |
|---|---|---|---|---|---|
| | | DIAMETER BREAST HIGH (d.b.h.) *Inches* | LENGTH *Feet* | DIAMETER INSIDE BARK AT SMALL END *Inches* | NET SCALE IN % OF GROSS SCALE |
| 1/ Pieces Subject to Per M Pricing: | M Board Feet | | | | |
| Douglas-Fir | 200 | 9.0 | 8 | 6 | 33 1/3 |
| Western Hemlock and Other Coniferous Species | 3700 | 9.0 | 8 | 6 | 33 1/3 |
| All Species Cedar | 1300 | 9.0 | 8 | 6 | 33 1/3 |
| Material Subject to Per Acre Pricing: (That which does not meet the above specifications.) | Acres | | | | |
| Utility (Pulp) and Special Cull | 109 | 9.0 | 12 | 6 | N/A |
| TOTAL | 5200 MBF 109 ACRES | | | | |

1/ A PIECE IS ONE OR MORE A13 PRODUCTS (ONE OR MORE SCALING SEGMENTS) CONTAINING AT LEAST 30 BOARD FEET, NET SCALE.

**A3 – Timber Designations,** applicable to B2.3; acres are approximate:

| | Number | Acres |
|---|---|---|
| Clearcutting Units (B2.31) | 2 | 104 |
| Specified Road Clearing (B2.32) | | 5 (170 M BD FT) |
| Overstory-Removal Units (B2.33) | xxx | xxx |
| Understory-Removal Units (B2.34) | xxx | xxx |
| Individual Trees (B2.35) | | xxx |
| Incompletely-Marked Timber (B2.36) | | xxx |

**A4 – Dead Trees Required to be Felled,** applicable to B2.12, B2.3 and B6.4

**Size Requirements:** 15 feet high and 12 inches d.b.h.

Dead trees to be cut as part of Road Construction will be described in Sec. 201.

**Number Limitations:** Applicable only if Sale Area Map indicates there are subdivisions where timber is to be designated after date of sale advertisement. In addition to dead trees felled within Clearcutting Units, construction clearings and other authorized development clearings, no more than N/A dead trees must be felled within subdivisions, or those portions thereof, where timber is designated after date of sale advertisement. Number limitation does not apply to subdivisions, or portions thereof, designated at time of sale advertisement.

13

**A5 – Timber Payment Rates,** applicable to B3.1 and B4.0

**A5a** – For Species and Products to be Paid for at Rates Escalated under B3.2

| SPECIES AND PRODUCT | UNIT OF MEASURE | RATES PER UNIT OF MEASURE | | | | | BASE INDEX |
|---|---|---|---|---|---|---|---|
| | | BASE $ | ADVERTISED $ | BID PREMIUM $ | BID *(Tentative)* $ | REQUIRED DEPOSITS SLASH DISPOSAL $ | |
| NONE | | | | | | | |

**A5b** – For Species and Products to be Paid for at Flat Rates

| SPECIES AND PRODUCT | UNIT OF MEASURE | RATES PER UNIT OF MEASURE | | | | |
|---|---|---|---|---|---|---|
| | | BASE $ | ADVERTISED $ | BID PREMIUM $ | BID *(Flat)* $ | REQUIRED DEPOSITS SLASH DISPOSAL $ |
| 1/ Pieces Subject to Per M Pricing: | M BD FT | | | | | |
| Douglas-Fir | | 9.62 | 250.08 | - - - | 250.08 | 6.38 |
| Western Hemlock and Other Coniferous Species | | 8.62 | 126.30 | 103.70 | 230.00 | 6.38 |
| All Species Cedar | | 8.62 | 258.78 | 151.22 | 410.00 | 6.38 |
| Material Subject to Per Acre Pricing: | ACRES | | | | | |
| (That which does not meet the above specifications.) | | | | | | |
| Utility (Pulp) and Special Cull | | 1.83 | 1.83 | - - - | 1.83 | - - - |

1/ A PIECE IS ONE OR MORE A13 PRODUCTS (ONE OR MORE SCALING SEGMENTS) CONTAINING AT LEAST ~~30 BOARD FEET, NET SCALE.~~

For purposes of convenience in collection and bookkeeping, Bid Rates stated in A5 include payment of deposits for sale area betterment required pursuant to 16 U.S.C. 576b. Such deposits are not included as Required Deposits defined hereunder.

14

Mt. Baker-Snoqualmie National Forest
1022 First Avenue
Seattle, WA 98104

2450

MAY 3 1982

Ray Hurlbert
Gateway Lumber, Inc.
27408 72nd Ave. N.W.
Stanwood, WA 98292

RE: Eldred Creek Timber Sale
Contract No. 062090

Dear Sir:

Your letter of March 29, 1982, requested 153 days of Contract Term Adjustment for time lost during the 1981 field season. This is for the entire Normal Operating Season which runs from June 1 to October 31, (A20).

I have reviewed your plan of operation (C6.3) and the annual schedule of planned activities (B 6.31) and have found the following:

1. Plan of Operations (C6.3) - this indicates that your plans were to begin logging Unit No. 2 in June 1981 to be followed by Unit No. 1 in September 1981.

2. Annual Schedule of Major Activities (B 6.31). This indicated a change from your plan of operations. This revised schedule indicated that Unit No. 1 would be logged first, followed by Unit No. 2 in October, 1981. However, this schedule was not submitted to the District Ranger until October 6, 1981, or 25 days prior to the end of the Normal Operating Season. B6.31 requires that this schedule be submitted annually prior to commencing operations. Therefore, my decision will be based on your plan of operations submitted in 1980, since that is the only plan we had when you lost time.

Road No. 3055 and 3055B both were blocked by slumps. Repairs to both roads were completed by September 24, 1981, so access to the entire sale was available at that time.

15

Under the 1980 plan of operations, you lost 24 days from September 1 to September 29, 1981. However, since an estimated 40 percent of Unit No. 1 could have been logged at any time from September 1, I am granting only half the time lost.

Therefore, pursuant to B8.21, the Termination Date on A19 is adjusted to June 12, 1983. This covers your loss of time of 12 days between September 1, 1981 and September 24, 1981.

Sincerely,

**BRUCE MATEER**

BRUCE MATEER
Timber Staff Officer

cc: Monte Cristo

VMELCHER/jc/04/15/82
0611C

letters mailed 5/3

16

Mt. Baker-Snoqualmie National Forest
1022 First Avenue
Seattle, Washington 98104

2450

2 U MAY 1983

Gateway Lumber Co.
19023 47th Ave. N.E.
Arlington, Washington 98223

Re: ELDRED CREEK Timber Sale
Contract No. 06209-0

We have received your recent letter in which you request mutual cancellation of your ELDRED CREEK Sale Contract or Contract Term Adjustment for the 1982 operating season.

I have reviewed your sale on the ground, and am not willing to consider mutual cancellation as you suggest. Immediately prior to your commencing operations, we will repair the road damage so that you may operate on your sale and complete your contract obligations.

In regard to Contract Term Adjustment, I find that you are eligible for 66 days as follows:

| | |
|---|---|
| Days in 1983 operating season | 153 |
| Percent of sale area not available in 1982 operating season due to road damage | 43% |
| Days of Contract Term Adjustment | 66 |

Therefore, pursuant to B8,21, the termination date in A19 is adjusted to August 17, 1983. This covers your loss of 66 days by adding these days to your previous termination date of June 12, 1983.

Your request for Contract Term Extension dated January 10, 1983 is being processed and the contract modification will be dent to you for signature shortly. A condition of this extension is that you must submit a revised Plan of Operations (C6.3) for our approval. Please send this to the Darrington District Ranger as soon as possible. A form for this purpose is attached for your use.

BRUCE MATEER

BRUCE MATEER
Contracting Officer

17

United States Department of Agriculture
Forest Service

# AGREEMENT TO MODIFY CONTRACT
(Timber Sale)

Contract No.
062090
Eldred

1. It is mutually agreed that the above designated timber sale contract, signed by Gateway Lumber Company of Arlington, Washington hereinafter called the purchaser and by Don R. Campbell (Name), Forest Supervisor (Title) for the United States of America as of the 19th day of November, 1979 6/ ~~as heretofore modified~~ XXXXXXXXXXXXXXX be extended to the 17th day of September, 1983 and be modified as follows:

Pursuant B8.3 purchaser seeks conditional extension for the purpose of considering the conditions offered pursuant to B8.23 - Contract Term Extension, Forest Service hereby grants a 30 day conditional extension during which period of time purchaser agrees not to cut or remove Included Timber from the sale area.

Draw a diagonal line with pen and ink in unused portion of form.

2. Pursuant to this mutual agreement, the purchaser hereby agrees to cut and remove timber in strict accordance with all and singular the terms and provisions of the aforesaid contract as herein modified.

IN WITNESS WHEREOF, the parties hereto have executed this modification of contract as of the 1/ 16th day of August, 1983.

UNITED STATES OF AMERICA

By: Bruce Mateer (Signature of approving officer) — Bruce Mateer, Contracting Officer (Title)

Two witnesses: 2/

(Name of witness)

(Address)

(Name of witness)

(Address)

Gateway Lumber Company 3/ Purchaser

By: [signature]

Title: Pres.

Camano Island, WA 98292 Purchaser's Business Address

I, 4/ [signature], certify that I am the Sec. Tres. Secretary of the corporation named as purchaser herein; that [signature] who signed this contract on behalf of the purchaser, was then Pres. of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

18

CORPORATE SEAL 5/

1/ The date approving Forest officer signs this form.
2/ The signatures and addresses of two witnesses are required if sale is to other than a corporation.
3/ If contracting party is a co-partnership, the signatures should be: XYZ Company, by John Doe, *a member of the firm*. If contracting party is a corporation, form of signature should be: XYZ Company, by John Doe, *President (or other officer or agent)* and the seal of the corporation must be impressed or indicated.
4/ The certificate must be completed if the purchaser is a corporation.
5/ If the corporation has no corporate seal that fact shall be stated, in which case a scroll or adhesive seal shall follow the corporate name.
6/ Delete "as heretofore modified" if not applicable.

2400-9 (3/69)

...partment of Agriculture

Contract No. 06209-0
ELDRED CREEK

# ...ENT TO EXTEND AND MODIFY TIMBER SALE CONTRACT

1. It is mutually agreed, that the contract period of the above designated timber sale contract, signed by W.J. Hammer, President Gateway Lumber Company of 19023 47th Ave. N.E., Arlington, Washington 98223, hereinafter called the purchaser and by Bruce Mateer for Don R. Campbell (Name), Forest Supervisor (Title) for the United States of America as of the 19th day of November 1979 as heretofore modified, be extended to August 17, 1985, ~~and it is further agreed to modify the contract as follows:~~ and in addition be modified as follows:

   a. The rates to be paid for stumpage and required deposits, for all timber cut which is scaled on or after August 1, 1983 are shown in A5b, revised

   b. By revising A13, revised 2-15-83, which is attached hereto and made a part hereof.

   c. Add the following to A22 - Inapplicable Standard Provisions:
      B4.221 Advance Deposits
      B4.23 Refund of Excess Cash

(Continued on page 2 which is attached hereto and made a part hereof)

2. *Pursuant to this mutual agreement, the purchaser agrees to cut and remove timber in strict accordance with all and singular the terms and provisions of the aforesaid contract as herein modified.*

3. IN WITNESS WHEREOF, the parties hereto have executed this agreement to extend and modify contract as of the 20th day of September, 1983

Two Witnesses:

UNITED STATES OF AMERICA

For By Bruce Mateer Title Contracting Officer

____________________ (Name of Witness)

____________________ (Address)

GATEWAY LUMBER COMPANY (Purchaser)

____________________ (Name of Witness)

By: [signature]

____________________ (Address)

Title: PRESIDENT (Business Address)

I, [signature] certify that I am the Sec Secretary of the corporation named as purchaser herein; that [signature] who signed this agreement to extend *and modify* contract on behalf of the purchaser was then [illegible] of said corporation; that said agreement to extend *and modify* contract was duly signed for and in behalf of said corporation by authority of the governing body, and is within the scope of its corporate powers.

____________________ Corporate Seal

## Consent of Surety

We, St. Paul Fire & Marine Insurance Co. (surety) ~~(sureties)~~ do hereby join in this agreement to extend the contract period and agree that our bond shall bind us, our heirs, executors, administrators, successors and assigns, and each and every one of us and them jointly and severally, in the same manner as if said extended period had been included in the original period of contract to insure compliance with which our bond was given.

Dated at SEATTLE, WASHINGTON, this 20TH day of SEPTEMBER, 1983

In presence of:

Witness

____________________

____________________

Individual Surety

____________________ (Seal)

____________________ (Seal)

Attest:

Corporate surety

St. Paul Fire & Marine Insurance Co.

Business address

1700 FOURTH & BLANCHARD BUILDING
~~1800 Park Place~~, Seattle, WA. 98101

By [signature]

Title ATTORNEY-IN-FACT

AFFIX CORPORATE SEAL

19

c. Add the following to A23 - List of Special Provisions:

| | |
|---|---|
| C4.221 (Option 2) | Advance Deposits (4/82) |
| C4.23 (Option 2) | Refund of Excess Cash (4/82) |
| C4.231# | Refund of Excess Extension Deposits (11/82) |
| C4.251# | Deferral of Extension Deposits (11/82) |
| C4.252# | Extension Deposits (4/82) |
| C4.4 | Payments Not Received (6/81) |
| C5.12 | Use of Roads by Purchaser (2/82) |
| C6.24# | Protection of Cultural Resources (6/81) |
| C6.25# | Protection of Habitat of Endangered, Threatened and Sensitive Species (11/80) |
| C6.313# | Special Cutting Schedule (3/71) |
| C6.341 | Prevention of Oil Spills (6/81) |
| C8.641 | Use of Timber (6/81) |
| C9.2 | Disputes (7/80) |
| C9.5 | Settlement (10/77) |

d. Delete the following from A23:

| | |
|---|---|
| C6.24# | Protection of Cultural Resources (5/76) |
| C4.4 | Payments Not Received (2/76) |
| C5.12 | Use of Roads by Purchaser (12/76) |
| C6.25# | Protection of Habitat of Endangered Species (6/78) |
| C6.341 | Prevention of Oil Spills (6/78) |
| C8.641 | Use of Timber (6/78) |
| C9.2 | Disputes (11/75) |
| C9.5 | Settlement (10/77) |

e. Add Sale Area and Slash Disposal Maps, revised 3/83.

f. By revising C5.411# - Road Maintenance Deposit Schedule, revised 1/27/83.

And add the provision pages from the above which are attached hereto and made a part hereof.

A5 – Timber Payment Rates, applicable to B3.1 and B4.0

A5a – For Species and Products to be Paid for at Rates Escalated under B3.2

| SPECIES AND PRODUCT | UNIT OF MEASURE | RATES PER UNIT OF MEASURE | | | | | BASE INDEX |
|---|---|---|---|---|---|---|---|
| | | BASE $ | ADVERTISED $ | BID PREMIUM $ | BID (Tentative) $ | REQUIRED DEPOSITS SLASH DISPOSAL $ | |
| None | | | | | | | |

A5b – For Species and Products to be Paid for at Flat Rates Redetermined

| SPECIES AND PRODUCT | UNIT OF MEASURE | RATES PER UNIT OF MEASURE | | | | |
|---|---|---|---|---|---|---|
| | | BASE $ | ADVERTISED $ | BID PREMIUM $ | BID (Flat) $ | REQUIRED DEPOSITS SLASH DISPOSAL $ |
| 1/ PIECES SUBJECT TO PER M PRICING: | | | | | | |
| Douglas-fir | M Bd Ft | 9.62 | 250.08 | --- | 250.08 | 15.54 |
| Western hemlock and other coniferous species | M Bd Ft | 8.62 | 126.30 | 103.70 | 230.00 | 15.54 |
| All species cedar | M Bd Ft | 8.62 | 258.78 | 151.22 | 410.00 | 15.54 |
| MATERIAL SUBJECT TO PER ACRE PRICING: | | | | | | |
| (That which does not meet the above specifications Utility (pulp) and special cull | Acre | 1.83 | 1.83 | --- | 1.83 | N/A |

1/ A piece is one or more A13 products (one or more Scaling segments) containing at least 30 board feet net scale.

21

For purposes of convenience in collection and bookkeeping, Bid Rates stated in A5 include payment of deposits for sale area betterment required pursuant to 16 U.S.C. 576b. Such deposits are not included as Required Deposits defined hereunder.

Revised 2-15-83