A12 – Culvert Cost Rates, applicable to B5.252

| CULVERTS | | | | | DRAINAGE ACCESSORIES | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DIAMETER OR RISE AND SPAN | GAUGE & MATERIAL | | ESTIMATED COST RATE PER FOOT | | ITEM AND SIZE | GAUGE & MATERIAL | | ESTIMATED COST PER UNIT | |
| | Al | Fe | FURNISH & INSTALL $ | INSTALL ONLY $ | | Al | Fe | FURNISH & INSTALL $ | INSTALL ONLY $ |
| None | | | | | | | | | |

Material Abbreviation Al - Aluminum; Fe - Galvanized Steel

A13 – Scaling Instructions and Specifications, applicable to B6.8

Name and Date of Governing Instructions: FSM 2443.7 - Third Party Scaling, (and R-6 Supplement to FSH 2409.11 for West Side Log Scaling through September 1978)

SCALING SPECIFICATIONS

| SPECIES | PRODUCT | MAXIMUM SCALING LENGTH (feet) | TRIM ALLOWANCE | | |
|---|---|---|---|---|---|
| | | | DIAMETER RANGE (inches) | LENGTH RANGE (feet) | TRIM ALLOWANCE (inches) |
| All species | logs | 40 | 6+ | 8-40 | 12 + 2 for each 10' over 40' |

22

United States Department of Agriculture | Forest Service | Mt. Baker-Snoqualmie National Forest | 1022 First Avenue Seattle, WA 98104

Reply To: 2450

Date: DEC 19 1985

Gateway Lumber Company
1206 North Shore Drive
Camano Island, WA. 98292

Re: Eldred Creek Timber Sale
Contract No. 062090

Gentlemen:

This timber sale has a termination date of August 17, 1985. Since your firm is a participant in the North Side class action suit, we should have given this contract a conditional extension to keep the contract in force until the suit was settled. Therefore, this contract is hereby conditionally extended from its present termination date until 30 days after the February 15 injunction is dissolved. No felling or removal of timber is permitted when a contract is under conditional extension. This conditional extension is retroactive to August 18, 1985.

You should be advised that the North Side injunction was dissolved on November 27, 1985. Therefore, you have until December 27, 1985 to submit a Multi-Sale Extension Plan. If that is not done, the sale will expire on December 27, 1985. Please contact this office or the Darrington Ranger District for information and forms.

VERN MELCHER

FOR BRUCE MATEER
Contracting Officer

cc: Darrington cs 12-19-85

United States Department of Agriculture
Forest Service
Mt. Baker-Snoqualmie National Forest
1022 First Avenue
Seattle, WA 98104

Reply To: 2430

Date: April 18, 1986

Gateway Lumber Company
1206 North Shore Drive
Camano Island, WA. 98292

Gentlemen:

This is to advise you that the North Side Injunction dissolved November 29, 1985. Your Eldred Creek Timber Sale, Contract No. 062090, awarded November 19, 1979 was under a conditional extension that expired when you failed to file a Multi-Sale Extension Plan by December 29, 1985.

Since this sale was not completed before it expired, I consider it to be a defaulted sale.

I do not plan to resell the sale. Therefore, damages will be based on an appraisal pursuant to B9.4, as of August 17, 1985. When I have completed my determination of damages, you will be notified.

A copy of this letter is being sent to your surety.

Sincerely,

BRUCE MATE

BRUCE MATEER
Contracting Officer

cc: Darrington RD

St. Paul Fire & Marine Insurance Company
1800 Park Place
Seattle, WA. 98101

24

United States Department of Agriculture

Forest Service

RO

Reply to: 2430

Date: April 9, 1986

Subject: Resale of Defaulted Contract, Gateway Lumber Company, #062090 (Your ltr. 3/14)

To: Forest Supervisor, Mt. Baker-Snoqualmie NF

Enclosed is a copy of the Regional Attorney's advice. After verification of the company's status you may proceed to advise the purchaser that the sale will not be resold, and that therefore damages will be based on an appraisal as of its termination date pursuant to C9.4.

If you have already made the apprasial as of termination date you should send the calculation of damages along with a bill for the amount owed, if any, after reducing damages by the amount of earned effective purchaser credit, or cash, not used.

Joe E. Ragsdale

for WENDALL L. JONES
Director of Timber Management

Enclosures

4/18/86

Checked w/ Secretary of States office in Olympia.
Company filed Articles of Dissolution on 9/21/82

Vern

APR 14

25

EX 9

(a) If remedying such breach requires on-the-ground action by Purchaser, Purchaser shall have 30 practicable operating days during Normal Operating Season to do so, except under emergency conditions when action should not be delayed to prevent major damage.

(b) If such breach does not require on-the-ground action by Purchaser, such breach shall be remedied within 30 calendar days.

**B9.4 Failure to Cut.** In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination date, Forest Service shall appraise remaining Included Timber, unless termination is under B8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.

Damages due the United States for Purchaser's failure to cut and remove such timber meeting Utilization Standards shall be the amount by which Current Contract Value plus the cost of resale, less any effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and Effective Purchaser Credit.

If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for trees not cut for reasons stated in B6.4.

**B9.5 Settlement.** If obligations of Purchaser have not been fully discharged by Termination Date, any money advanced or deposited hereunder shall be retained to be applied toward unfulfilled obligations of Purchaser without prejudice to any other rights or remedies of Forest Service. Such funds may be treated as cooperative deposits under B4.225 for uncompleted work 30 calendar days after receipt of written notice from Forest Service to Purchaser of work to be done and Purchaser's failure to deny the obligation or to do the work.

**B9.6 Contract Closure.** The Forest Service officer signing this contract, his successor or superior officer shall give appropriate written notice to Purchaser when Purchaser has complied with the terms of this contract. Purchaser shall be paid refunds due from Timber Sale Account under B4.24 and excess cooperative deposits under B4.225.

## DIVISION C

### Special Provisions

In accordance with A23, the Sections, Subsections, and Items therein listed are attached and made a part hereof. This material is indexed by the numbering system used in Division B. The numbers after the C (which identifies material in this Division) indicate the Part, Section, Subsection, or Item of Division B, which is being supplemented or modified by each particular provision included in this Division.

26

☆U.S. Government Printing Office: 1973 O—517-270

SALE Eldred Creek Damage Appraisal DATE April, 1986

TIMBER SALE REPORT AND APPRAISAL

MT. BAKER-SNOQUALMIE NATIONAL FOREST

DARRINGTON RANGER DISTRICT

PREPARED BY: CAROL Gladsjo 4-86 revised 6/24/86
DATE

Checked ~~REVIEWED~~ BY: Everett White 4-86
DATE

REVIEWED BY: Dennis Dietrich 4-30-86
DATE

REVIEWED BY: Vern Melcher 4-29-86
DATE

REVIEWED BY: ____________________
DATE

APPROVED BY: William [signature] 5/8/86
DISTRICT RANGER DATE

L.

APPRAISAL SUMMARY
(126.51)

SALE NAME: ELDRED CREEK SUMMARY CHECKED BY: DATE: 06/24/66

CARD TYPE 5

SPECIFIED RD CONST (MILES) .0 (17-19) RECONSTRUCTION (MILES) .0 (20-22) PURCH CR LIM $ 0 (INC. $ (23-29)

PRODUCT: APPRAISED TO: HAUL (MILES) 37 (33-35) TEMP RD CONSTR (MILES) .1 (30-32) TEMP RD COST $ 5580 (36-42)
1 EVERETT
4 EVERETT BASIC DATA PERIOD: C.Y.1982R PLY:2ND QTR 1985
ADJ TO APPR BASE PERIOD: LOG: 2ND QTR 1985

| CARD TYPE 6 | | | | | | CARD TYPE 7 | |
|---|---|---|---|---|---|---|---|
| 1 PRODUCT/UNIT | (14-15) | 1-1 | 1-1 | 1-1 | 4-1 | : UNIT OF MEASURE: | |
| 2 SPECIES | | C | D | H&D | PAM* | : | |
| 3 SPECIES CODE | (16-18) | 242 | 205 | 263 | 002 | :(T) TOTAL OR (A) | |
| 4 % BY SPECIES | | 23.27% | 3.62% 6 | 5.91% | 7.20% | : T | 100.0 % |
| 5 VOLUME | (19-25) | 1267 | 197 | 3589 | 392 | : T | 5445 ( |
| 6 SELLING VALUE | | 537.29 | 576.46 | 304.78 | 308.49 | : A | 368.98 |
| 7 SV ADJUSTMENT, SCHEDULE | | 1.000 | 1.000 | 1.000 | 1.000 | : | |
| 8 ADJ SELLING VALUE | | 537.29 | 576.46 | 304.78 | 308.49 | : | |
| 9 CHIP & BYPRODUCTS | | 0.00 | 47.07 | 58.09 | 0.00 | : | |
| 10 SELLING VALUE L.S. | (26-31) | 537.29 | 623.53 | 362.87 | 308.49 | : A | 408.97 |
| 11 FALLING & BUCKING | | 11.63 | 11.63 | 11.63 | 3.86 | : A | 11.07 ( |
| 12 SKIDDING | | 33.48 | 33.48 | 33.48 | 26.95 | : A | 33.01 ( |
| 13 LOADING | | 6.47 | 6.47 | 6.47 | 5.82 | : A | 6.42 ( |
| 14 SUBTOTAL, STUMP-TO-TRUCK | | 51.58 | 51.58 | 51.58 | 36.63 | : | |
| 15 HAUL | | 18.50 | 18.50 | 18.50 | 16.47 | : A | 18.32 ( |
| 16 ROAD MAINTENANCE | | 0.33 | 0.33 | 0.33 | 0.00 | : A | .31 ( |
| 17 SUBTOTAL, TRANSPORTATION | | 18.83 | 18.83 | 18.83 | 16.47 | : | |
| 18 GENERAL LOGGING OVERHEAD | | 13.41 | 13.41 | 13.41 | 11.20 | : A | 13.25 ( |
| 19 LOGGING DEPRECIATION | | 14.50 | 14.50 | 14.50 | 12.96 | : A | 14.39 ( |
| 20 SUBTOTAL, ADMINISTRATIVE | | 27.91 | 27.91 | 27.91 | 24.16 | : | |
| 21 SLASH DISPOSAL (INC. 15.45 CO-OP) | | 16.65 | 16.65 | 16.65 | 0.00 | : A | 15.45 ( |
| 22 EROSION CONTROL | | 1.96 | 1.96 | 1.96 | 0.00 | : A | 1.82 ( |
| 23 SNAG DISPOSAL | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 ( |
| 24 MISC. | | 0.38 | 0.38 | 0.38 | 0.34 | : A | .38 ( |
| 25 SUBTOTAL, ENVIRONMENTAL PROTECTION | | 18.99 | 18.99 | 18.99 | 0.34 | : | |
| 26 TEMPORARY ROADS | | 1.10 | 1.10 | 1.10 | 0.00 | : A | 1.02 ( |
| 27 OTHER TEMPORARY DEVELOPMENTS | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 ( |
| 28 SUBTOTAL, TEMPORARY DEVELOPMENT | | 1.10 | 1.10 | 1.10 | 0.00 | : | |
| 29 SUBTOTAL, LOGGING COSTS | (32-36) | 118.41 | 118.41 | 118.41 | 77.76 | : A | 115.49 |
| 30 SPECIFIED ROAD COST (A10) | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 |
| 31 TOTAL LOGGING COST L.S., SCHEDULE 0485 | | 118.41 | 118.41 | 118.41 | 77.76 | : A | 115.49 |
| 32 MFG. COST L.S. | | 182.02 | 234.43 | 155.48 | 182.02 | : A | 166.42 |
| 33 WASH STATE EXCISE TAX | | 10.84 | 12.34 | 3.23 | 1.19 | : A | 5.18 |
| 34 SUBTOTAL, MANUFACTURING | (37-41) | 192.86 | 246.77 | 158.71 | 183.21 | : A | 171.60 |
| 35 TOTAL PRODUCTION COST L.S. | | 311.27 | 365.18 | 277.12 | 260.97 | : A | 287.09 |
| 36 CONVERSION (10)-(35) | | 226.02 | 258.35 | 85.75 | 47.52 | : A | 121.88 |
| 37 P&R RATIO % NORMAL/ADVERTISED | | 10.00 | 10.00 | 10.00 | 10.00 | : NORM | 10.0 ADV |
| 38 P&R MARGIN NORMAL/ADVERTISED | | 48.89 | 56.74 | 33.02 | 28.07 | : NORM | 37.21 ADV |
| 39 INDICATED NET STUMPAGE (36)-(38) | | 177.13 | 201.61 | 52.73 | 19.45 | : A | 84.67 |
| 40 INDICATED ADVERTISED RATES (39)+(30) | | 177.13 | 201.61 | 52.73 | 19.45 | : T | 461013.25 |
| | | | | | | : A | 84.67 |
| 41 BASE RATES | | 15.29 | 19.29 | 15.29 | 0.50 | : A | 14.37 |
| 42 ADJUSTMENTS TO BASE RATES | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 |
| 43 ADVERTISED RATES (40)+(42) | (42-47) | 177.13 | 201.61 | 52.73 | 19.45 | : T | 461013.25 |
| | | | | | | : A | 84.62 |
| 44 INDICATED STAT NET RATES(43)-(30) | | 177.13 | 201.61 | 52.73 | 19.45 | : A | 84.67 |
| 45 APPRAISED NET RATES | (48-53) | 177.13 | 201.61 | 52.73 | 19.45 | : A | 84.67 |
| 46 BASE INDICES | | 0.00 | 229.98 | 194.95 | 0.00 | : | |

* PAM ACTUALLY APPRAISED AT $ 73.31,/ACRE FOR .104 ACRES

27a

# ELDRED CREEK DAMAGE APPRAISAL

The Eldred Creek Timber Sale expired uncompleted August 17,1985.
Contract No. 062090
Purchaser - Gateway Lumber Company

All specified roads have been completed and accepted.
All right-of-way volume has been removed.
Cash on hand $0.00 Performance Bond $144,000.00

Damages will be calculated based on the difference in the value of the original sale and the appraised value at termination since this sale is not planned to be reoffered.

C9.4 does not apply.

1. Contract Value and Uncut Volume at Termination Date

| | | |
|---|---|---|
| All species cedar | 1267mbf x $410.00 = | $519,470.00 |
| Douglas-fir | 197mbf x $250.08 = | $ 49,265.76 |
| Western hemlock and other coniferous species | 3589mbf x $230.00 = | $825,470.00 |
| PAM | 392mbf x $ 0.50 = | $ 196.00 |
| | 5445mbf | $1,394,401.76 |

2. Appraised Value at Termination

| | | |
|---|---|---|
| All species cedar | 1267mbf x $177.13 = | $224,423.71 |
| Douglas-fir | 197mbf x $201.61 = | $ 39,717.17 |
| Western hemlock and other coniferous species | 3589mbf x $ 52.73 = | $189,247.97 |
| PAM | 392mbf x $ 19.45 = | $ 7,624.40 |
| | 5445mbf | $461,013.25 |
| Transaction Evidence | 5445mbf x $ 6.70 = | $ 36,481.50 |
| | | $497,494.75 |

New South awarded 8/12/85 (only sale sold around this time)
Bid Premium $15.92 on cedar (4000mbf) = $63,680.00
Other species fixed 9500mbf total
Average overbid $63,680.00/9500mbf = $6.70/mbf

Damage Appraisal Report Format - FSM 2433.54--5,6
Appraisal Prepared by Carol Gladsjo, April 10,1986

28

# ELDRED CREEK DAMAGE APPRAISAL

| A. Calculation of Potential Damages | Potential Damages MBF | $ |
|---|---|---|
| 1. Volume and Contract Value of Remaining Timber | | |
| a. On Area Not Cut Over (Item 4) | 5445 | 1,394,401.76 |
| b. On Area Cut Over | | |
| (1) Designated | | |
| (a) Cut, But Not Removed (Item 1) | 0 | 0.00 |
| (b) Not Cut (Item 2) | 0 | 0.00 |
| (2) Not Designated, Cut, But Not Removed (Item 1) | 0 | 0.00 |
| (3) Material Wasted (Item 3) | 0 | 0.00 |
| Total Remaining Timber | 5445 | 1,394,401.76 |
| 2. Liquidated Damages - None Provided for | | 0.00 |
| 3. Cost of Resale - Not Reoffered | | 0.00 |
| 4. Less Effective Purchaser Credits - None | | 0.00 |
| 5. Maximum Potential Damages | | 1,394,401.76 |

Appraised Value at Termination Date is: $497,494.75
Less Than Maximum Potential Damages
Timber Not Reoffered

| B. Calculation of Resale Value | MBF | $ |
|---|---|---|
| 1. Appraised Value at Termination: | | |
| a. Original Terms | 5445 | 497,494.75 |
| b. New Terms | | |
| 2. Adjustment for Changed Conditions | -- | -- |
| 3. Resale Bid Value | -- | -- |
| 4. Line (B2) + (B3) | -- | -- |
| 5. Resale Value | | 497.494.75 |

| C. Calculation of Damages | $ |
|---|---|
| 1. Maximum Potential Damage (A5) | 1,394,401.76 |
| 2. Resale Value (B5) | 497,494.75 |
| 3. Damages (A5) less (B5) | 896,907.01 |
| 4. Unobligated Cash on Hand | 0.00 |
| 5. Additional Due From Purchaser | 896,907.01 |
| 6. Refund Due Purchaser | -- |

29

United States Department of Agriculture | Forest Service | Mt. Baker-Snoqualmie National Forest | 1022 First Avenue Seattle, WA. 98104

Same letter as before, but sent to new address / Hammer has moved. JS 9/15/86

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Reply To: 2450

Date: August 13, 1986

Jim Hammer
c/o Smokey Point Lumber, Inc.
19129 Smokey Point Blvd.
Arlington, WA. 98223

new address →

Gentlemen:

On December 29, 1985 your Eldred Creek Timber Sale, Contract #062090 expired uncompleted when you failed to submit a Multi-Sale Extension Plan. Accordingly, I have determined damages due the United States pursuant to Provision B9.4 - Failure to Cut. Enclosed is a Bill for Collection, due August 25, 1986 for such damages.

I have considered your failure to complete the contract and the resultant Government claim under the Contract Disputes Act of 1978.

Findings

1. You were awarded the Eldred Creek Timber Sale on November 19, 1979, on contract Form 2400-6 (9/73), with a termination date of March 31, 1983.

2. The contract was subsequently extended for two years to August 17, 1985 under the Chief, Forest Service, waiver of extension policy.

3. Since your company was a party to the North Side Lumber Company lawsuit (Civil No. 83-490-BU), the contract was given a conditional extension until 30 days after the February 15, 1984 injunction was dissolved. The North Side injunction was dissolved on November 29, 1985. When you failed to submit a Multi-Sale Extension Plan by December 29, 1985, the contract expired. No timber had been removed by Termination Date.

4. A decision was made by the Contracting Officer not to reoffer the remaining timber because of the presence of critical S-8 soils on the sale area. B9.4 Failure to Cut, specifies the means of determining damages due the United States for Purchaser's failure to cut and remove such timber meeting Utilization Standards as subtracting the value established by appraisal at Termination Date from the difference between Current Contract Value and Effective Purchaser.

5. Pursuant to B9.4, damages were calculated as follows:

| | |
|---|---|
| Effective Purchaser Credit | None |
| Current Contract Value of uncut timber | $1,394,401.76 |
| Appraised value at Termination | 497,494.75 |
| Total damages | $896,907.01 |
| Less cash on hand | None |
| Amount owed by purchaser | $896,907.01 |

Decision

It is my decision that damages are owed the United States and the determination of such damages is correct and in accordance with Standard Provision B9.4 - Failure to Cut. Therefore, Gateway Lumber Company is liable to, and must pay the United States the sum of $896,907.01.

This is the final decision of the Contracting Officer. This decision may be appealed to the Agriculture Board of Contract Appeals. If you decide to make such an appeal, you must mail, or otherwise furnish written notice thereof, to the Agriculture Board of Contract Appeals, within 90 days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, should reference this decision, and identify the contract by number. In lieu of appealing to the Agriculture Board of Contract Appeals, you may bring action directly in the U.S. Claims Court, within 12 months of the date you receive this decision.

Sincerely,

W. N. Mulcher for

BRUCE MATEER
Contracting Officer

Enclosure

cc: Darrington RD

St. Paul Fire & Marine Insurance Company
1800 Park Place,
Seattle, WA. 98101

F&A w/Bill for Collection

31

U. S. DEPARTMENT OF AGRICULTURE
FOREST SERVICE

# BILL FOR COLLECTION

PLACE OF ISSUE

Seattle, WA

DATE OF ISSUE

8/06/86

Mt.Baker-Snoqualmie N.F. 1022 First Ave. Seattle, WA 98104

Gateway Lumber Company
1206 North Shore Drive
Camano Island, WA 98292

FOLD HERE

| DATE OR PERIOD | DESCRIPTION | AMOUNT |
|---|---|---|
| | Eldred Creek Timber Sale, Contract #062090<br>Bill for Collection for damages | $896,907.01 |

| BILL NO. | UNIT NO. | CONTRACT NO. | DATE PAYMENT DUE | AMOUNT DUE → | |
|---|---|---|---|---|---|
| 3990 | TS05 | 04 062090 | 8/25/86 | | $896,907.01 |

| TRANS. CODE | APPRO-PRIATION (F.S.) | STATE | ACCOUNT OR ACTIVITY | FUNCTION MAJOR | FUNCTION SUB | SUB UNIT | PROJECT P | PROJECT MAJOR | PROJECT S | PROJECT SUFF | OBJ. CL. MAJ. | OBJ. CL. S | OBJ. CL. RT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | 8 | 7052 | 6 | | | | | $896,907.01 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

32

TOTAL → $896,907.01

FS 6500-89 (8/80)