# In the United States Court of Federal Claims

Nos. 87-435C, 88-464C, 88-159C, 88-98C
Consolidated under lead case no. 87-435C
(Filed: January 10, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*,
(Cascade Resources),

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Per a telephone request, plaintiffs move for extension of time to file a response to defendant's motion for partial summary judgment. The motion is unopposed. For good cause shown, the motion is granted. Plaintiffs are ordered to file their response on or before Wednesday, February 15, 2006.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge