IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY LUMBER COMPANY,<br>Plaintiff,<br>vs.<br>THE UNITED STATES,<br>Defendant. | Consolidated under lead case<br>No. 87-435C<br>(Judge Bruggink) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff Gateway Lumber Company, pursuant to Rule 6(b) and 6.1, respectfully request that the court enlarge by 30 days, to and including March 15, 2006, the time for filing its response to Defendant's Motion for Summary Judgment in Gateway Lumber Co. v. United States, No. 87-435C. Plaintiff's response to Defendant's motion is presently due by February 15, 2006. This is plaintiff's second request for an enlargement of time for this purpose. As the court is aware, the pendency of the motion has presented an opportunity to resolve the issue of withdrawal or ongoing representation of Plaintiff by the undersigned counsel in this case. The somewhat extended period of this enlargement relates principally to that issue.

The previous extension that the Court provided would normally have been sufficient to resolve these issues. However, on the very day the Court informed counsel informally of the extension, I learned that my father had died. The issues surrounding that, including a two week visit to Tallahassee, Florida to care by my elderly mother, which did not conclude until my return during last week, along with competing demands that my absence created, has resulted in my

inability to conclude these matters as previously anticipated. Counsel believes that a 30-day extension, until March 15, 2006, will allow sufficient time to accomplish this.

Undersigned counsel has discussed this request with Defendant's counsel, who consents to it.

For the foregoing reasons, Plaintiff respectfully requests that its motion be granted and that the time for filing of Plaintiff's response to Defendant's Summary Judgment Motion be enlarged by 30 days to and including March 15, 2006.

RESPECTFULLY SUBMITTED this 13th day of February 2006.

/S/ Dennis J. Dunphy
DENNIS J. DUNPHY
Schwabe, Williamson & Wyatt, P.C.
1420 Fifth Ave., Ste. 3010
Seattle, WA 98101-2393
Tel: (206) 622-1711
Fax: (206) 292-0460
ddunphy@schwabe.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 13th of February 2006, I caused to be electronically filed with the U.S. Court of Federal Claims the foregoing Plaintiffs' Consent Motion for an Enlargement of Time via facsimile and electronically through the Court's CM/ECF electronic system to:

Nancy Myung-Jin Kim
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

s/ Dennis J. Dunphy