# In the United States Court of Federal Claims

Nos. 87-435C, 88-464C, 88-159C, 88-98C
Consolidated under lead case no. 87-435C
(Filed: February 15, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al*.,
(Cascade Resources),

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Currently pending is Plaintiff's Consent Motion for an Enlargement of Time. For good cause shown, the motion is granted. Plaintiffs are ordered to file their response on or before Wednesday, March 15, 2006.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge