IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY LUMBER COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | Consolidated under lead case<br>No. 87-435C<br>(No. 87-435C)<br>(Judge Bruggink) |

**MOTION OF DENNIS J. DUNPHY FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to RCFC 83.1(c)(6), Plaintiff's counsel, Dennis J. Dunphy, moves this court for leave to withdraw as attorney of record for plaintiff.

Plaintiff is a dissolved corporation. Counsel has made multiple attempts to contact plaintiff through its former officers and directors. Information regarding this effort is included in the supporting Affidavit of Dennis J. Dunphy filed with this motion. Most recently, on February 17, 2006, a communication was mailed to these same individuals providing them with copies of counsel's earlier efforts to communicate with them and a copy of the government's pending motion for summary judgment. The communication advised these individuals of counsel's intention to seek permission of this court to withdraw from the case on February 28, 2006. With the exception of the widow of one of these individuals, there has been no responsive communication.

American Bar Association Model Rules of Professional Conduct address attorney withdrawal in these circumstances at MRPC 1.16(b). A lawyer may withdraw if:

(1) If withdrawal can be accomplished without material adverse effect on the interests of the client;
***
(5) The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

(6) The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; ***or***

(7) Other good cause for withdrawal exists.

MRPC 1.16(b).

Each of these circumstances exists as has been more fully specified in the enclosed affidavit. The plaintiff client is a dissolved corporation. Officers and directors either do not exist or have declined to communicate further on this case. A substantial outstanding receivable is owed to this firm for previous work in this matter. Neither the old balance nor any fees earned for new work will be paid if representation is continued.

Under the foregoing circumstances, counsel respectfully requests that withdrawal be allowed. A copy of this motion and supporting affidavit has been mailed to the officers and directors of the plaintiff this same date.

DATED: March 15, 2006.

Respectfully submitted,

Dennis J. Dunphy
Attorneys for Plaintiff
Schwabe, Williamson & Wyatt
U.S. Bank Centre
1420 Fifth Avenue, Suite 3500
Seattle, WA 98101
(206) 622 1711

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 15th of March 2006, I caused to be electronically filed with the U.S. Court of Federal Claims the foregoing Motion of Dennis J. Dunphy for Leave to Withdraw as Counsel of Record for Plaintiff and Affidavit of Dennis J. Dunphy in Support of Motion to Withdraw through the Court's CM/ECF electronic system to:

Richard P. Nockett
U.S. Department of Justice
1100 L Street N.W. Room 10014,
Washington, D.C. 20005
Business Phone: (202) 307-1134
Business Fax: (202) 307-0494
Business E-mail: Richard.Nockett@usdoj.gov

A courtesy copy was also sent via facsimile.

s/ Dennis J. Dunphy