IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY LUMBER COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | Consolidated under lead case<br>No. 87-435C<br>(Judge Bruggink) |

**AFFIDAVIT OF DENNIS J. DUNPHY IN SUPPORT OF MOTION TO WITHDRAW**

STATE OF WASHINGTON )<br>) ss.<br>COUNTY OF KING )

Dennis J. Dunphy having been first duly sworn, upon oath deposes and says:

1. I am attorney of record for Plaintiff Gateway Lumber Company. I have effectively been in this position since the Spring of 2004, although my actual formal substitution for prior counsel has only been made of record recently.

2. This case has been pending since 1987 as one case within the huge volume of suits pending before the United States Court of Federal Claims and generally referred to as the "Timber Cases." I recognize that the court is well familiar with the general background of these matters and it will not be reiterated here.

3. This case has been dormant for many years. Until recently, it appears that the last significant activity occurred in January 1993 with the entry of an order staying the case. The attorneys formerly involved with this case are no longer with my law firm and are no longer

engaged in the practice of law. This affidavit, to the extent that it addresses on matters prior to the year 2004, is based on a review of the file.

4. In 2002, as a result the decision in the Seaboard case, the government initiated settlement negotiations in this case, among others. It appears that during the intervening years our firm had lost contact with the client and that a large account receivable for the work of the firm remained unpaid. Counsel was therefore unable to respond to the government's settlement offer. In 2004, the government reinvigorated its effort to bring about a settlement of this case, communicating with me on that subject. I organized an effort at the firm to locate the client, a dissolved corporation, through its former officers, directors and shareholders. That effort involved letters and in several cases follow-up telephone discussions. It appears that through the passage of years, among the officers and directors, one of the individuals is dead, one is apparently disabled, and another has chosen not to respond to any communications. Effectively there are no persons with whom to communicate and from whom to take direction or to further pursue this matter.

5. On February 17, 2006, in response to the government's pending motion for summary judgment, I once again sent a written communication, together with copies of the pending motion, to these persons. This time, except for a widow, the former contacts have been entirely nonresponsive. The communication specified our intent to seek the court's permission to withdraw from representation on February 28, 2006, unless we were to receive direction and payment of fees. I have delayed filing such a motion until today, March 15, 2006, in order to provide the maximum conceivable opportunity for a response, and in the hopes that if a response was forthcoming I would then be able to request from the court additional time to either allow for substitution of new counsel or to pursue the matter with direction. That has not occurred.

6. Under these circumstances, I request that the court enter an order permitting me and my firm to withdraw from this representation.

DENNIS J. DUNPHY

SUBSCRIBED AND SWORN TO before me this 15th day of March 2006.

JOSEFINA I. WHITEHEAD
COMMISSION EXPIRES
NOTARY PUBLIC
03-28-10
STATE OF WASHINGTON

Printed Name: Josefina I. Whitehead
Notary Public in and for the State of Washington residing at Seattle
My commission expires: 3-28-10