# In the United States Court of Federal Claims

No. 87-435C
(Filed: March 21, 2006)

* * * * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*,
(Cascade Resources),

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held Thursday, March 23, 2006, at 4:00 p.m. eastern (1:00 p.m. pacific) to discuss plaintiff's counsel's motion to withdraw as attorney of record, and to discuss defendant's pending motion for partial summary judgment. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge