IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY LUMBER CO., et al. (Gateway Lumber Co.), | ) | |
| Plaintiffs, | ) | Consolidated under lead case No. 87-435C |
| v. | ) | (No. 87-435C) (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR THE ENTRY OF A DEFAULT
IN GATEWAY LUMBER CO. v. UNITED STATES, NO. 87-435C

Pursuant to Rule 55(a), the United States respectfully requests that the Clerk enter a default against the plaintiff in this case, Gateway Lumber Company ("Gateway"). The entry of default is appropriate for the following reasons.

Gateway is a party against whom affirmative relief is sought as the United States has asserted a counterclaim against Gateway. Further, the United States, in December 2005, moved for partial summary judgment on its counterclaim. Gateway, having been granted two extensions of time, has failed to respond to our summary judgment motion.[1] Thus, Gateway has "failed to plead or otherwise defend" within the meaning of Rule 55(a).

For the foregoing reasons, the United States respectfully requests that the Clerk enter a default against plaintiff Gateway Lumber Company pursuant to Rule 55(a).

[1] Gateway's response, after its second extension of time, was due by March 15, 2006. See the Court's February 15, 2006 Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

s/John W. Showalter
JOHN W. SHOWALTER
Assistant Director

s/Richard P. Nockett
RICHARD P. NOCKETT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Tele: (202) 307-1134
Fax: (202) 307-0494

Attorneys for Defendant

Dated: March 31, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 31 day of March 2006 I caused copies of the foregoing "DEFENDANT'S MOTION FOR THE ENTRY OF DEFAULT IN GATEWAY LUMBER CO. v. UNITED STATES, No. 87-435C" to be served upon the following individuals through the Court's CM/ECF filing system. We are also serving a courtesy copy by facsimile .

DENNIS J. DUNPHY, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101-2393

s/Richard P. Nockett