IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY LUMBER COMPANY,<br>Plaintiff,<br>vs.<br>THE UNITED STATES,<br>Defendant. | Consolidated under lead case<br>No. 87-435C<br>(No. 87-435C)<br>(Judge Bruggink) |

**RESPONSE TO DEFENDANT'S MOTION FOR THE ENTRY OF A DEFAULT**

The undersigned is counsel of record for plaintiff Gateway Lumber Company pending disposition by the Court of counsel's Motion to Withdraw filed March 15, 2006. Counsel has no basis to oppose defendant's motion for the entry of a default due to the non-cooperation of client Gateway Lumber Company, as more fully set forth in the Affidavit of Dennis J. Dunphy in Support of Motion to Withdraw dated March 15, 2006.

DATED: April 7, 2006.

Respectfully submitted,

s/Dennis J. Dunphy

Dennis J. Dunphy
Attorneys for Plaintiff
Schwabe, Williamson & Wyatt
U.S. Bank Centre
1420 Fifth Avenue, Suite 3500
Seattle, WA 98101
(206) 622 1711

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 7th of April 2006, I caused to be electronically filed with the U.S. Court of Federal Claims the foregoing Response to Defendant's Motion for Entry of Default through the Court's CM/ECF electronic system, which will provided an electronic copy to:

Richard P. Nockett
U.S. Department of Justice
1100 L Street N.W. Room 10014,
Washington, D.C. 20005
Business Phone: (202) 307-1134
Business Fax: (202) 307-0494
Business E-mail: Richard.Nockett@usdoj.gov

A courtesy copy was also sent via facsimile.

s/ Dennis J. Dunphy

1