# In the United States Court of Federal Claims

Consolidated under lead case No. 87-435C
No. 87-435C
(Filed: April 11, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*,
(Gateway Lumber Co.),

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's March 31, 2006 Motion for Entry of a Default in *Gateway Lumber Co. v. The United States*, No. 87-435C. Plaintiff's counsel has responded that he knows of "no basis to oppose defendant's motion for the entry of a default due to the non-cooperation of client Gateway Lumber Company." Having read the affidavit of plaintiff's counsel, dated March 15, 2006, the court agrees. Consequently, liability is established and the clerk is directed to enter default in favor of the defendant on its counterclaim. Accordingly, defendant's prior Motion for Partial Summary Judgment, filed December 23, 2005, is denied as moot. Entry of default judgment on the government's counterclaim will await the government's filing of a motion establishing quantum. See RCFC 55(b).

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge