# In the United States Court of Federal Claims

Consolidated under lead case No. 87-435C
No. 87-435C
(Filed: January 9, 2007)

* * * * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*,
(Gateway Lumber Co.),

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the court's order of April 11, 2006, which granted Defendant's Motion for Entry of Default, the court is awaiting defendant's filing of a motion to establish quantum in order to enter a default judgment. Defendant shall file such motion on or before February 9, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge