APPENDIX TO

DEFENDANT'S MOTION FOR DEFAULT JUDGMENT AS TO QUANTUM

IN GATEWAY LUMBER CO. v. UNITED STATES, NO. 87-435C

sitory, as maintain or negoti- market value dollar amount pletion of with

(a) If remedying such breach requires on-the-ground action by Purchaser, Purchaser shall have 30 practicable operating days during Normal Operating Season to do so, except under emergency conditions when action should not be delayed to prevent major damage.

(b) If such breach does not require on-the-ground action by Purchaser, such breach shall be remedied within 30 calendar days.

**B9.4 Failure to Cut.** In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination date, Forest Service shall appraise remaining Included Timber, unless termination is under B8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.

Damages due the United States for Purchaser's failure to cut and remove such timber meeting Utilization Standards shall be the amount by which Current Contract Value plus the cost of resale, less any effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and Effective Purchaser Credit.

If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for trees not cut for reasons stated in B6.4.

**B9.5 Settlement.** If obligations of Purchaser have not been fully discharged by Termination Date, any money advanced or deposited hereunder shall be retained to be applied toward unfulfilled obligations of Purchaser without prejudice to any other rights or remedies of Forest Service. Such funds may be treated as cooperative deposits under B4.225 for uncompleted work 30 calendar days after receipt of written notice from Forest Service to Purchaser of work to be done and Purchaser's failure to deny the obligation or to do the work.

**B9.6 Contract Closure.** The Forest Service officer signing this contract, his successor or superior officer shall give appropriate written notice to Purchaser when Purchaser has complied with the terms of this contract. Purchaser shall be paid refunds due from Timber Sale Account under B4.24 and excess cooperative deposits under B4.225.

# DIVISION C

## Special Provisions

In accordance with A23, the Sections, Subsections, and Items therein listed are attached and made a part hereof. This material is indexed by the numbering system used in Division B. The numbers after the C (which identifies material in this Division) indicate the Part, Section, Subsection, or Item of Division B, which is being supplemented or modified by each particular provision included in this Division.

-1-

☆U.S. Government Printing Office: 1973 O—517-270

L.

# APPRAISAL SUMMARY

(126.51)

SALE NAME: ELDRED CREEK SUMMARY CHECKED BY: DATE: 06/24/86

CARD TYPE 5

SPECIFIED RD CONST (MILES) .0 (17-19) RECONSTRUCTION (MILES) .0 (20-22) PURCH CR LIM $ 0 (INC. $ (23-29)

PRODUCT: APPRAISED TO: HAUL (MILES) 37 (33-35) TEMP RD CONSTR (MILES) .1 (30-32) TEMP RD COST $ 5580 (36-42)

1 EVERETT

4 EVERETT BASIC DATA PERIOD: C.Y.1982R PLY:2ND QTR 1985

ADJ TO APPR BASE PERIOD: LBR: 2ND QTR 1985

| CARD TYPE 6 | | | | | | CARD TYPE 7 | |
|---|---|---|---|---|---|---|---|
| 1 PRODUCT/UNIT | (14-15) | 1-1 | 1-1 | 1-1 | 4-1 | : UNIT OF MEASURE | |
| 2 SPECIES | | C | D | H&D | PAM* | : | |
| 3 SPECIES CODE | (16-18) | 242 | 205 | 263 | 002 | : (T) TOTAL OR (A) | |
| 4 % BY SPECIES | | 23.27% | 3.62% | 65.91% | 7.20% | : T | 100.0 % |
| 5 VOLUME | (19-25) | 1267 | 197 | 3589 | 392 | : T | 5445 ( |
| 6 SELLING VALUE | | 537.29 | 576.46 | 304.78 | 308.49 | : A | 368.98 |
| 7 SV ADJUSTMENT, SCHEDULE | | 1.000 | 1.000 | 1.000 | 1.000 | : | |
| 8 ADJ SELLING VALUE | | 537.29 | 576.46 | 304.78 | 308.49 | : | |
| 9 CHIP & BYPRODUCTS | | 0.00 | 47.07 | 58.09 | 0.00 | : | |
| 10 SELLING VALUE L.S. | (26-31) | 537.29 | 623.53 | 362.87 | 308.49 | : A | 408.97 |
| 11 FALLING & BUCKING | | 11.63 | 11.63 | 11.63 | 3.86 | : A | 11.07 ( |
| 12 SKIDDING | | 33.48 | 33.48 | 33.48 | 26.95 | : A | 33.01 ( |
| 13 LOADING | | 6.47 | 6.47 | 6.47 | 5.82 | : A | 6.42 ( |
| 14 SUBTOTAL, STUMP-TO-TRUCK | | 51.58 | 51.58 | 51.58 | 36.63 | : | |
| 15 HAUL | | 18.50 | 18.50 | 18.50 | 16.63 | : A | 18.37 ( |
| 16 ROAD MAINTENANCE | | 0.33 | 0.33 | 0.33 | 0.00 | : A | .31 ( |
| 17 SUBTOTAL, TRANSPORTATION | | 18.83 | 18.83 | 18.83 | 16.63 | : | |
| 18 GENERAL LOGGING OVERHEAD | | 13.41 | 13.41 | 13.41 | 11.20 | : A | 13.25 ( |
| 19 LOGGING DEPRECIATION | | 14.50 | 14.50 | 14.50 | 12.96 | : A | 14.39 ( |
| 20 SUBTOTAL, ADMINISTRATIVE | | 27.91 | 27.91 | 27.91 | 24.16 | : | |
| 21 SLASH DISPOSAL (INC. 15.45 CO-OP) | | 16.65 | 16.65 | 16.65 | 0.00 | : A | 15.45 ( |
| 22 EROSION CONTROL | | 1.96 | 1.96 | 1.96 | 0.00 | : A | 1.82 ( |
| 23 SNAG DISPOSAL | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 ( |
| 24 MISC. | | 0.38 | 0.38 | 0.38 | 0.34 | : A | .38 ( |
| 25 SUBTOTAL, ENVIRONMENTAL PROTECTION | | 18.99 | 18.99 | 18.99 | 0.34 | : | |
| 26 TEMPORARY ROADS | | 1.10 | 1.10 | 1.10 | 0.00 | : A | 1.02 ( |
| 27 OTHER TEMPORARY DEVELOPMENTS | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 ( |
| 28 SUBTOTAL, TEMPORARY DEVELOPMENT | | 1.10 | 1.10 | 1.10 | 0.00 | : | |
| 29 SUBTOTAL, LOGGING COSTS | (32-36) | 118.41 | 118.41 | 118.41 | 77.76 | : A | 115.49 |
| 30 SPECIFIED ROAD COST (A10) | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 |
| 31 TOTAL LOGGING COST L.S., SCHEDULE 0485 | | 118.41 | 118.41 | 118.41 | 77.76 | : A | 115.49 |
| 32 MFG. COST L.S. | | 182.02 | 234.43 | 155.48 | 182.02 | : A | 166.42 |
| 33 WASH STATE EXCISE TAX | | 10.84 | 12.34 | 3.23 | 1.19 | : A | 5.18 |
| 34 SUBTOTAL, MANUFACTURING | (37-41) | 192.86 | 246.77 | 158.71 | 183.21 | : A | 171.60 |
| 35 TOTAL PRODUCTION COST L.S. | | 311.27 | 365.18 | 277.12 | 260.97 | : A | 287.09 |
| 36 CONVERSION (10)-(35) | | 226.02 | 258.35 | 85.75 | 47.52 | : A | 121.88 |
| 37 P&R RATIO % NORMAL/ADVERTISED | | 10.00 | 10.00 | 10.00 | 10.00 | : NORM | 10.0 ADV |
| 38 P&R MARGIN NORMAL/ADVERTISED | | 48.89 | 56.74 | 33.02 | 28.07 | : NORM | 37.21 ADV |
| 39 INDICATED NET STUMPAGE (36)-(38) | | 177.13 | 201.61 | 52.73 | 19.45 | : A | 84.67 |
| 40 INDICATED ADVERTISED RATES (39)+(30) | | 177.13 | 201.61 | 52.73 | 19.45 | : T | 461013.25 |
| | | | | | | : A | 84.67 |
| 41 BASE RATES | | 15.29 | 19.29 | 15.29 | 0.50 | : A | 14.37 |
| 42 ADJUSTMENTS TO BASE RATES | | 0.00 | 0.00 | 0.00 | 0.00 | : A | .00 |
| 43 ADVERTISED RATES (40)+(42) | (42-47) | 177.13 | 201.61 | 52.73 | 19.45 | : T | 461013.25 |
| | | | | | | : A | 84.67 |
| 44 INDICATED STAT NET RATES(43)-(30) | | 177.13 | 201.61 | 52.73 | 19.45 | : A | 84.67 |
| 45 APPRAISED NET RATES | (48-53) | 177.13 | 201.61 | 52.73 | 19.45 | : A | 84.67 |
| 46 BASE INDICES | | 0.00 | 229.98 | 194.85 | 0.00 | : | |

* PAM ACTUALLY APPRAISED AT $ 73.31,/ACRE FOR 104 ACRES