# In the United States Court of Federal Claims

Consolidated under lead case No. 87-435C
No. 87-435C
(Filed: February 27, 2007)

* * * * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*,
(Gateway Lumber Co.),

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER FOR DEFAULT JUDGMENT

On April 11, 2006, the court granted Defendant's Motion for Entry of Default on its counterclaim. The Rules of the United States Court of Federal Claims ("RCFC") require that a claimant must "established a claim of right to relief by evidence satisfactory to the court" before a default may be entered. RCFC 55(b). The court ordered that the entry of judgment would await the filing of a motion to establish quantum. Defendant filed its motion to establish quantum on February 8, 2007. Attached to that motion, Defendant filed the Declaration of Christine Anderson, a contract administration forester at the Forest Service Regional Headquarters Office for the Pacific Northwest Region. The declaration laid out the method with which Defendant determined the damages owed to it under Standard Provision B9.4 of the Eldred Creek Contract. Standard Provision B9.4 is a formula that determines damages due to the United States in the event of a purchaser's default. Plaintiffs' response to the motion was due on February 26, 2007. No response has been received. We accept Defendant's proof as to quantum. It is entitled to $916,412.61 on its counterclaim.

Having determined that Defendant has established its claim by satisfactory evidence, the court hereby orders the entry of default judgment pursuant to the order of April 11, 2006. There being no just reason for delay of entry of default judgment on Defendant's counterclaim, entry of judgment pursuant to RCFC 54(b) is appropriate. The clerk is directed to enter judgment for defendant on its counterclaim pursuant to RCFC 54(b) in the total amount of nine-hundred sixteen thousand, four-hundred twelve dollars and sixty-one cents ($916,412.61). Plaintiffs' claims remain pending.

No Costs.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge