# In the United States Court of Federal Claims

Consolidated under lead case No. 87-435C
No. 87-435C
(Filed: February 27, 2007)

* * * * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al.*,
(Gateway Lumber Co.),

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiffs' counsel, Mr. Dennis J. Dunphy, filed a motion to withdraw as counsel on March 15, 2006, because the named plaintiff, Gateway Lumber Co., is a dissolved corporation. Mr. Dunphy represented that he has made multiple efforts to contact the former officers and directors of the corporation, but has had no success in doing so. Based on these representations, the motion to withdraw as counsel is granted.

Rule 83.1(c)(8) of the Rules of the United States Court of Federal Claims ("RCFC") requires corporate plaintiffs to be represented by counsel. Accordingly, Plaintiffs are ordered to procure substitute counsel and file a motion to designate a new counsel of record pursuant to RCFC 83.1(c)(4) on or before March 21, 2007. In the event of failure to respond to this order, the Clerk is directed to enter final judgment dismissing Plaintiffs' claim with prejudice. Mr. Dunphy is directed to send copies of this order to the last known addresses of plaintiffs and their principals.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge