# In the United States Court of Federal Claims

**No. 87-435C (consolidated)**

**GATEWAY LUMBER CO., ET AL.,**
**(GATEWAY LUMBER CO.),**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's April 11, 2006 Order, and the February 27, 2007 Order for Default Judgment, stating that there is no just reason for delay as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the defendant, United States, recover of and from the plaintiffs on its counterclaim, the sum of $916,412.61. No costs.

Brian Bishop
Clerk of Court

**February 28, 2007** By: Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.