# In the United States Court of Federal Claims

Consolidated under lead case No. 87-435C
No. 87-435C
(Filed: April 24, 2007)

* * * * * * * * * * * * * * * * * * * * * *

GATEWAY LUMBER CO., *et al*.,
(Gateway Lumber Co.),

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiffs have not actively pursued their case for several years. The case remained pending due to a counterclaim by defendant. On April 11, 2006, the court granted Defendant's Motion for Entry of Default on its counterclaim and ordered that the entry of default would await the filing of a motion to establish quantum. The motion to establish quantum was filed on February 8, 2007. On February 27, 2007, the court issued an order granting that motion and ordering the entry of default judgment. That judgment was entered against plaintiffs, pursuant to rule 54(b) of the Rules of the United States Court of Federal Claims ("RCFC"), on February 28, 2007.

Plaintiffs' attorney filed a motion to withdraw as counsel on March 15, 2006. That motion was granted on February 27, 2007. RCFC 83.1(c)(8) requires corporate plaintiffs to be represented by counsel. Accordingly, in that same order, plaintiffs were ordered to procure substitute counsel and file a motion to designate a new counsel of record pursuant to RCFC 83.1(c)(4) on or before March 21, 2007. Plaintiffs have failed to comply with that order, have not obtained substitute counsel, and are no longer prosecuting their case.

Accordingly, plaintiffs case is dismissed pursuant to RCFC 41(b) for failure to prosecute, failure to comply with the court's order of February 27, 2007, and failure to comply with the rules of the court. The clerk is directed to dismiss the case with prejudice.

No costs.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge