# In the United States Court of Federal Claims

**No. 435-87 C**
**(consolidated under lead Case No. 435-87C)**

**GATEWAY LUMBER C0., *et al.***
***(*Gateway Lumber Company)**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed April 24, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(b), that the complaint is dismissed, with prejudice for failure to prosecute, failure to comply with the court's order of February 27, 2007, and failure to comply with the rules of the court.

Brian Bishop
Clerk of Court

**April 27, 2007** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.